U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 OCT -6 A 10:45

CLERK
BY ____________
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

MAIN STREET AMERICA ASSURANCE COMPANY and NGM INSURANCE COMPANY

Plaintiffs,

v.

TARGETT'S INC.

Defendant.

Civil Action: 2:24-cv-922

**ORDER ON MOTION FOR ENLARGEMENT OF CASE MANAGEMENT DEADLINES**

This matter comes before the court on the Joint Motion for Enlargement of Case Management Deadlines. The Court having considered said Motion and being duly advised in the premises hereby GRANTS said Motion.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that the following amended case management deadlines are now in effect:

- Depositions of all non-expert witnesses shall be completed by February 11, 2027.
- Defendant shall submit expert witness reports on or before March 12, 2027.
- Depositions of defendant's expert witnesses shall be completed by April 1, 2027.
- The Early Neutral Evaluation Session shall be conducted on or before May 28, 2027.
- All discovery shall be completed by April 3, 2027.
- Motions for summary judgment shall be filed on or before May 25, 2027.
- This case shall be ready for trial by August 31, 2027.

DATED: 6 October 2026

Geoffrey W. Crawford, Judge
United States District Court